UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KELLY MCGOFFNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:24-cv-00572-JPH-MJD |
| | ) |
| JAMES R. SWEENEY, II, | ) |
| TANYA WALTON-PRATT, | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING REQUEST TO PROCEED
ON APPEAL *IN FORMA PAUPERIS***

Plaintiff Kelly McGoffney seeks leave to proceed on appeal without prepaying the appellate fees. Dkt. 21. However, an appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in "good faith." 28 U.S.C. § 1915(a)(3). "Good faith," in the context of § 1915(a)(3), refers to the "more common legal meaning of the term, in which to sue in bad faith means merely to sue on the basis of a frivolous claim." *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000). In other words, § 1915(a)(3)'s "good faith" determination is not about the plaintiff's sincerity in requesting appellate review. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). A sincere litigant still lacks objective "good faith" under § 1915(a)(3) if her claim is one that "no reasonable person could suppose to have any merit." *Lee*, 209 F.3d at 1026.

Under this standard, Ms. McGoffney's request to appeal *in forma pauperis* must be denied. She seeks to appeal the Court's dismissal of this

1

case with prejudice and denial of her motion to reconsider. Dkt. 16. But as the Court has explained, Ms. McGoffney has not pleaded facts showing that the Defendants are not entitled to judicial immunity. Dkts. 6, 12, 15. There is no objectively reasonable argument that Ms. McGoffney's proposed appeal has merit, so this appeal is not taken in "good faith," and the motion for leave to proceed on appeal *in forma pauperis*, dkt. [21], is **DENIED**.

**SO ORDERED.**

Date: 4/24/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KELLY MCGOFFNEY
P.O. Box 10425
Terre Haute, IN 47801